IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK E. PEHANICH,

    Plaintiff,

v.                             Civil Action No. 3:18cv103

MEDICAL DATA SYSTEMS, INC.,
t/a MEDICAL REVENUE SERVICE,
et al.,

    Defendants.

**ORDER**

Having considered the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 9), and there being no objection by the plaintiff thereto, it is hereby ORDERED that the UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 9) is granted. It is further ORDERED that the defendants, Professional Account Services, Inc. and Petersburg Hospital Company, LLC, a/k/a Southside Regional Medical Center, shall file their Answers and any other motions with respect to the Complaint by April 3, 2018.

    It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 19, 2018